

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Christopher Douglas Cornett,

\* From the 35th District Court
of Brown County,
Trial Court No. CR23048.

Vs. No. 11-16-00124-CR

\* May 31, 2018

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.